UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 6:17-CV-01643-JR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **JACK STEVENS,** | |
| Defendant. | |

It appearing from the record in this case that the default of defendant has been entered, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover of defendant the sum of $66,219.73 plus accrued interest at 6.25 percent per annum on the principal balance outstanding of $46,715.63 from August 17, 2017, to date of judgment. The total of $66,219.73 consists of $46,715.63 principal and accrued interest through August 17, 2017 of $19,504.10. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full. Plaintiff is also entitled to costs and disbursements incurred herein taxed in the sum of $725.67 pursuant to 28 U.S.C. § 2412(a)(2).

Page 1 -    Judgment
            *United States v. Jack Stevens*, 6-17-cv-01643-JR

DONE AND ENTERED this __13__ day of ~~January~~ February 2018, at Eugene, Oregon.

_____
HONORABLE ~~JOLIE A. RUSSO~~ MICHAEL J. MCSHANE
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Presented by:

BILLY J. WILLIAMS
United States Attorney
District of Oregon


s/ Kathleen L. Bickers
KATHLEEN L. BICKERS, OSB#85151
kathleen.bickers@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1060
Attorneys for Petitioner

Page 2 -   **Judgment**
           *United States v. Jack Stevens*, 6-17-cv-01643-JR